[No. 2049-2.   Division Two.   July 8, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE WAYNE
TIKKA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 6464, J. Guthrie Langsdorf, J., entered August
21, 1975. *Affirmed* by unpublished opinion per Pearson, J.,
concurred in by Petrie, C.J., and Reed, J.

[No. 3057-1.   Division One.   July 12, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD B.
RANDMEL, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 8385, Marshall Forrest, J., entered May 13,
1974. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Farris and James, JJ.

[No. 3296-1.   Division One.   July 12, 1976.]

DOROTHY JOAN FENNELLY, *Respondent*, v. RICHARD LANT
FENNELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 780877, Nancy A. Holman, J., entered Septem-
ber 17, 1974. *Affirmed* by unpublished opinion per James,
J., concurred in by Farris and Swanson, JJ.